NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETWORK SIGNATURES, INC.,**
*Plaintiff-Appellee,*

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
*Defendant-Appellant.*

---

2012-1625

---

Appeal from the United States District Court for the Central District of California in case no. 11-CV-0982, Judge James V. Selna.

------------------------------------------------

**NETWORK SIGNATURES, INC.,**
*Plaintiff-Appellant,*

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
*Defendant-Appellee.*

---

2012-1492

---

NETWORK SIGNATURES, INC. V. STATE FARM MUTUAL AUTO      2

Appeal from the United States District Court for the Central District of California in case no. 11-CV-0982, Judge James V. Selna.

---

## ON MOTION

---

## ORDER

State Farm Mutual Automobile Insurance Company moves without opposition to withdraw its cross appeal no. 2012-1625,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2012-1625 is granted. 2012-1625 is dismissed. The revised official caption in 2012-1492 is reflected above.

(2) Each side shall bear its own costs in 2012-1625.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued As A Mandate (As To 2012-1625 Only):  DEC 1 9 2012